**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Candelario FUENTES–MALDONADO,**
**Defendant–Appellant.**

No. 03–11025.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

DECIDED: April 21, 2004.

Susan B. Cowger, Tamara Lynn Reno, US Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Candelario Fuentes–Maldonado, McRae, GA, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

The Federal Public Defender, counsel for Candelario Fuentes–Maldonado (Fuentes), has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Fuentes has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no non-frivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

*See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.